| Fill in this information to identify the case: | |
|---|---|
| Debtor name | NIR WEST COAST, INC., dba Northern California Roofing |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Supply<br>PO Box 748242<br>Los Angeles, CA 90074-8242 | | Supplier | | | | $292,609.16 |
| Elite Roofing Supply<br>2120 Piedmont Way<br>Pittsburg, CA 94565 | | | | | | $59,172.31 |
| Excelerate<br>421 Fayetteville St., Ste. 104<br>Raleigh, NC 27601 | | Vendor<br>Lawsuit Pending | Disputed | | | $20,357.42 |
| Javier Tovar<br>c/o Christina Molteni<br>Molteni Employment Law<br>100 Pine Street, Ste. 1250<br>San Francisco, CA 94111 | | Plaintiff's counsel re Tovar v. NIR | Contingent<br>Disputed | | | $405,000.00 |
| Parmel Properties<br>1565 Tacoma Way<br>Redwood City, CA 94063 | | Roof damages<br>Agreement to pay $3,446.65/monthly | Contingent | | | $84,613.04 |
| PPP Loan<br>195 N First Street<br>Dixon, CA 95620 | | Loan should be 100% forgiven | Contingent | | | $435,237.50 |
| Roof Line Supply<br>PO Box 748073<br>Los Angeles, CA 90074-8073 | | Lawsuit pending | Contingent<br>Disputed | | | $257,472.12 |
| RSG/Beacon<br>PO Box 740914<br>Los Angeles, CA 90074-0914 | | Vendor | | | | $144,716.83 |

| Debtor | NIR WEST COAST, INC., dba Northern California Roofing | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TCF Equipment**<br>**PO Box 77077**<br>**Minneapolis, MN**<br>**55480-7777** | tcfcscustomerservice@tcfbank.com | **2018 F150-Truck 24 $22,937.32**<br>**2017 F550-Dump 6 $29,050.44**<br>**2018 F150-Truck 25 $22,937.32** | | **$74,925.08** | **$0.00** | **$74,925.08** |
| **Wells Fargo Bank**<br>**120 Brown Valley Pkwy**<br>**Vacaville, CA 95688** | | **For Notice Purposes Only** | | | | $0.00 |